# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
      Plaintiff,

v.

[1] **Property No. 207:** Urb. Jardines del Caribe, Quinta Etapa D-1, Ponce, PR;

[2] **Property No. 43048:** Calle 520 OQ1, Urb. Country Club, Carolina PR;

[3] **Property No.29478:** #159 Los Pinos, Santurce, PR;

[4] **Property No.9932:** #255 Calle Calma, Santurce PR;

[5] **Property No.9510:** #248 Calle Del Rio, Santurce, PR;

[6] **Property No. 51186:** Urb. San Thomas Blq G-33, Ponce PR;

[7] **Property No. 10247:** COM. La Plena, E13 Calle1, Juana Diaz, PR;

[8] **Property No. 33684:** 4293 Ave. Constancia, Urb. Villa del Carmen, Ponce, PR;

[9] **Property No. 50623:** I-23 Calle 1, Urb.Starlight, Ponce PR;

[10] **Property No. 25132:** Calle 7 G-19, Urb. Jardines del Caribe, Ponce, PR;

[11] **Property No. 40045:** 3112 Calle Turpial, Villa del Carmen, Ponce, PR;

[12] **Property No. 40523:** 4681 Constancia Ave. Urb. Villa del Carmen, Ponce PR;

[13] **Property No. 9793:** 32 Calle Mora, Ponce, PR;

[14] **Property No. 29468:** Calle 49 PP-15, Urb. Jardines del Caribe, Ponce, PR;

[15] **Property No. 48261:** 3002 Paseo Sauri, Urb. Villa del Carmen, Ponce, PR;

[16] **Property No. 25260:** F-3 Urb. Glenview Gardens, Ponce, PR;

[17] **Property No.2030:** Solar 154, Bo. Las Cuevas, Trujillo Alto; and

[18] **Property No. 6049:** Bo. Las Cuevas Carr. 181 Trujillo Alto, PR;
      Defendants *In Rem.*

Civil No.:

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

TO THE HONORABLE COURT:

COMES NOW, the United States of America brings this Verified Complaint for Forfeiture *In Rem* pursuant to Supplemental Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

<u>**Nature of the Action**</u>

1.  This is a civil action *In Rem* seeks to forfeit to the United States the defendants In Rem given that, pursuant to 18 U.S.C. § 981(a)(1)(C), the properties are proceeds or are derived from proceeds traceable to a violation of section 1028 of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense."

<u>**Jurisdiction and Venue**</u>

2.  This Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345; over an action for forfeiture pursuant to 28 U.S.C. § 1355; and over this particular action pursuant to 18 U.S.C. § 981(a)(1)(C).

3.  Venue is proper in this district and the Court has *In Rem* jurisdiction over the defendants In Rem pursuant to 28 U.S.C. §§ 1355(b)(1)(A) and 1395(b) because the acts and omissions giving rise to the forfeiture occurred in this district.

<u>**The Defendants *In Rem***</u>

4.  The Defendants *In Rem* are:

    a.  **Property No. 207:** Urb. Jardines del Caribe, Quinta Etapa D-1, Ponce, PR;

    b.  **Property No. 43048:** Calle 520 OQ1, Urb. Country Club, Carolina PR;

    c.  **Property No.29478:** #159 Los Pinos, Santurce, PR;

    d.  **Property No.9932:** #255 Calle Calma, Santurce PR;

    e.  **Property No.9510:** #248 Calle Del Rio, Santurce, PR;

    f.  **Property No. 51186:** Urb. San Thomas Blq G-33, Ponce PR;

    g.  **Property No. 10247:** COM. La Plena, E13 Calle1, Juana Diaz, PR;

    h.  **Property No. 33684:** 4293 Ave. Constancia, Urb. Villa del Carmen, Ponce, PR;

    i.  **Property No. 50623:** I-23 Calle 1, Urb.Starlight, Ponce PR;

j. **Property No. 25132:** Calle 7 G-19, Urb. Jardines del Caribe, Ponce, PR;

k. **Property No. 40045:** 3112 Calle Turpial, Villa del Carmen, Ponce, PR;

l. **Property No. 40523:** 4681 Constancia Ave. Urb. Villa del Carmen, Ponce PR;

m. **Property No. 9793:** 32 Calle Mora, Ponce, PR;

n. **Property No. 29468:** Calle 49 PP-15, Urb. Jardines del Caribe, Ponce, PR;

o. **Property No. 48261:** 3002 Paseo Sauri, Urb. Villa del Carmen, Ponce, PR;

p. **Property No. 25260:** F-3 Urb. Glenview Gardens, Ponce, PR;

q. **Property No.2030:** Solar 154, Bo. Las Cuevas, Trujillo Alto; and

r. **Property No. 6049:** Bo. Las Cuevas Carr. 181 Trujillo Alto, PR.

### Facts

5. This Verified Complaint fully incorporates the facts contained in the attached Unsworn Declaration of Special Agent Baltazar Jimenez of the Federal Bureau of Investigation (FBI).

### Claim for Relief

6. The United States of America respectfully requests that the Court issue a warrant of arrest for the Defendants *In Rem*; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that the Court enter judgment declaring the Defendants *In Rem* condemned and forfeited to the United States of America for disposition according to law; and that the Court grant the United States of America such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

7. Pursuant to Supplemental Rule G(5)(a)(ii) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim within 35 days after the date this notice is sent, if the notice is delivered by mail, or within 35 day

3

of the date of delivery, if the notice is personally served and not sent by mail. Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury. If a verified claim is filed, then an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed within 21 days after filing the verified claim. The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Puerto Rico, Clemente Ruiz Nazario US Courthouse, 150 Carlos Chardón Street, San Juan, PR 00918. A copy of the claim and answer or motion must be sent to Marie Christine Amy, Assistant United States Attorney, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, Puerto Rico 00918.

8. Failure to follow the requirements set forth above may result in judgment by default for relief demanded in the Complaint.

9. Rule G (9) of the Supplemental Rules of Civil Procedure provides that trial is to the Court unless any party demands trial by jury under Rule 38 of the Federal Rule of Civil Procedure. The United States submits to the Court and the parties that it may demand a trial by jury on any or all factual issues triable by jury.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of July, 2026.

Héctor E. Ramírez-Carbó
Acting United States Attorney

*/s/Marie Christine Amy*
Marie Christine Amy
Assistant United States Attorney
U.S.D.C. No. 307606
Torre Chardón, Suite 1201
350 Carlos Chardón Street

4

Hato Rey, PR 00918
Tel. (787) 766-5656
Email: marie.c.amy@usdoj.gov

## VERIFIED DECLARATION

I, Marie Christine Amy, Assistant United States Attorney, declare pursuant penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Federal Bureau of Investigation (FBI); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 27th day of July, 2026.

/s/ Marie Christine Amy
Marie Christine Amy
Assistant United States Attorney

## VERIFICATION

I, Baltazar Jimenez , depose and say that I am a Special Agent with the Federal Bureau of Investigations (FBI) and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Complaint for Forfeiture *In Rem* and, pursuant to 28 U.S.C. § 1746, verify pursuant to penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in San Juan, Puerto Rico, this 27th day of  July, 2026.

Baltazar Jimenez
Special Agent
Federal Bureau of Investigations (FBI)

5