**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>[1] **Property No. 207:** Urb. Jardines del Caribe, Quinta Etapa D-1, Ponce, PR;<br>[2] **Property No. 43048:** Calle 520 OQ1, Urb. Country Club, Carolina PR;<br>[3] **Property No.29478:** #159 Los Pinos, Santurce, PR;<br>[4] **Property No.9932:** #255 Calle Calma, Santurce PR;<br>[5] **Property No.9510:** #248 Calle Del Rio, Santurce, PR;<br>[6] **Property No. 51186:** Urb. San Thomas Blq G-33, Ponce PR;<br>[7] **Property No. 10247:** COM. La Plena, E13 Calle1, Juana Diaz, PR;<br>[8] **Property No. 33684:** 4293 Ave. Constancia, Urb. Villa del Carmen, Ponce, PR;<br>[9] **Property No. 50623:** I-23 calle 1, Urb.Starlight, Ponce PR;<br>[10] **Property No. 25132:** Calle 7 G-19, Urb. Jardines del Caribe, Ponce, PR;<br>[11] **Property No. 40045:** 3112 Calle Turpial, Villa del Carmen, Ponce, PR;<br>[12] **Property No. 40523:** 4681 Constancia Ave. Urb. Villa del Carmen, Ponce PR;<br>[13] **Property No. 9793:** 32 Calle Mora, Ponce, PR;<br>[14] **Property No. 29468:** Calle 49 PP-15, Urb. Jardines del Caribe, Ponce, PR;<br>[15] **Property No. 48261:** 3002 Paseo Sauri, Urb. Villa del Carmen, Ponce, PR;<br>[16] **Property No. 25260:** F-3 Urb. Glenview Gardens, Ponce, PR;<br>[17] **Property No.2030:** Solar 154, Bo. Las Cuevas, Trujillo Alto; and<br>[18] **Property No. 6049:** Bo. Las Cuevas Carr. 181 Trujillo Alto, PR;<br>　　　Defendants *In Rem*. | Civil No.: |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the

Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn

1

Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex-Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of July 2026.

Héctor E. Ramírez-Carbó
Acting United States Attorney


*/s/Marie Christine Amy*
Marie Christine Amy
Assistant United States Attorney
U.S.D.C. No.  307606
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 766-5656
Fax. (787) 766-5398
Email: marie.c. amy@usdoj.gov

2