**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>[1] **Property No. 207:** Urb. Jardines del Caribe, Quinta Etapa D-1, Ponce, PR;<br>[2] **Property No. 43048:** Calle 520 OQ1, Urb. Country Club, Carolina PR;<br>[3] **Property No.29478:** #159 Los Pinos, Santurce, PR;<br>[4] **Property No.9932:** #255 Calle Calma, Santurce PR;<br>[5] **Property No.9510:** #248 Calle Del Rio, Santurce, PR;<br>[6] **Property No. 51186:** Urb. San Thomas Blq G-33, Ponce PR;<br>[7] **Property No. 10247:** COM. La Plena, E13 Calle1, Juana Diaz, PR;<br>[8] **Property No. 33684:** 4293 Ave. Constancia, Urb. Villa del Carmen, Ponce, PR;<br>[9] **Property No. 50623:** I-23 calle 1, Urb.Starlight, Ponce PR;<br>[10] **Property No. 25132:** Calle 7 G-19, Urb. Jardines del Caribe, Ponce, PR;<br>[11] **Property No. 40045:** 3112 Calle Turpial, Villa del Carmen, Ponce, PR;<br>[12] **Property No. 40523:** 4681 Constancia Ave. Urb. Villa del Carmen, Ponce PR;<br>[13] **Property No. 9793:** 32 Calle Mora, Ponce, PR;<br>[14] **Property No. 29468:** Calle 49 PP-15, Urb. Jardines del Caribe, Ponce, PR;<br>[15] **Property No. 48261:** 3002 Paseo Sauri, Urb. Villa del Carmen, Ponce, PR;<br>[16] **Property No. 25260:** F-3 Urb. Glenview Gardens, Ponce, PR;<br>[17] **Property No.2030:** Solar 154, Bo. Las Cuevas, Trujillo Alto; and<br>[18] **Property No. 6049:** Bo. Las Cuevas Carr. 181 Trujillo Alto, PR;<br>        Defendants *In Rem*. | Civil No.: |

**MOTION FOR CAUTIONARY NOTICES**

TO THE HONORABLE COURT:

        COMES NOW the United States of America, through its undersigned attorneys, and

very respectfully states and prays as follows:

1. Pursuant to Article 44 of the Mortgage and Property Registry Act of 2015, PR ST. T. 30 § 6064 (1), a cautionary notice may be requested by a person claiming in a lawsuit ownership to real property or the constitution, declaration, modification or extinction of any recordable right or one who files his claim in an action that affects a title to real property. The cautionary notice is to be entered into the Puerto Rico Property Registry. The United States is claiming in the present case that the properties listed below where derived from proceeds traceable to a violation of 18 U.S.C. § 1028. As such, it is requesting the proposed cautionary notices.

2. A cautionary notice can only be made by order of the court handed down at the request of a legitimate party and by virtue of adequate documentation for prudent judicial discretion. *See* PR ST. T. 30 § 6065.

3. A verified complaint of forfeiture [D.E.1] was filed by the United States of America for the forfeiture of the above captioned defendants *In Rem*, real property described herein:

   a. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Urb. Jardines del Caribe Quinta Etapa D-1 in the Municipality of Ponce, Puerto Rico, more particularly described as:

      "URBAN: Lot marked number 1 of Block D on the registration plan for the Jardines de Ponce Urbanization (Fifth Phase) in the Canas neighborhood of Ponce. It has an area of 468.276 square meters. Its boundaries are: to the North, 14.553 meters along Street No. 2; to the South, 14.382 meters along Lot D-36; to the East, 26.967 meters along Lot D-2; to the West, 25.479 meters along Street No. 1; and to the Southeast, 6.687 meters along the intersection of Streets 1 and 2 as shown on the aforementioned registration plan."

      Property No. 207, recorded at page Karibe of volume Karibe of Ponce Sur, Registry of Property Second Section of Ponce, PR.

      Registered owner: Kevin Javier Vega Figueroa.

b.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Calle 520 OQ1, Urb. Country Club in the Municipality of Carolina, Puerto Rico, more particularly described as:

"URBAN: Lot 1 of Block OQ, Country Club Development, Carolina Norte. Area: 423.45 square meters. Boundaries: North, 18.56 meters along a tree-lined avenue; South, 14.75 meters along Street 520; East, 19.75 meters along Street 258; West, 23 meters along Lot 2; Southeast, 5.26 meters along the intersection of Streets 258 and 520. Segregated from Property No. 13,496, recorded at folio 103 of volume 350 of Carolina."

Property No. 43048, recorded at page Karibe of volume Karibe of Carolina Norte, Registry of Property First Section of Carolina, PR.

Registered owner: Joharys Aracelis Cruz Ramos.

c.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at #159 Los Pinos in the Municipality of San Juan, Puerto Rico, more particularly described as:

"URBAN: Lot 159. North neighborhood of Santurce. Area: 10.2 square meters. A lot measuring ten meters in frontage by twenty meters in depth, bounded on the NORTH by the lot of Agustín Peña, and on the SOUTH, EAST, and WEST by lands belonging to the same original tract of Doña María Rosario; located in the Santurce neighborhood, within the municipality of San Juan. Situated on the property is a wooden house with a zinc roof, consisting of two bedrooms, a living room, a dining room, a kitchen, a bathroom, and a small balcony. The property is located at 159 Los Pinos Street (formerly Campo Alegre) in Santurce, Puerto Rico."

Property No.29478, recorded at page Karibe of volume Karibe of Santurce Norte, Registry of Property First Section of San Juan, PR.

Registered owner: Ramona Cerich.

d. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at #255 calle Calma in the Municipality of San Juan, Puerto Rico, more particularly described as:

"URBAN: Lot 172. North neighborhood of Santurce, Northern Section. Area: 200 square meters. Lot located in the Northern section of the Santurce neighborhood of this city, designated as number one hundred seventy-two on the subdivision plan, measuring two hundred square meters; bounded on the front (West) for ten meters by Rambla de Monteflores Street; on the rear (East) for ten meters by lot number seventy-one (Avenida del Río) belonging to Vicente Carrasquillo; on the right (South) for twenty meters by lot number one hundred seventy belonging to Cirilo Travieso; and on the left (North) for twenty meters by lot number one hundred seventy-four belonging to Mrs. King Dooley. This property was subdivided from parcel 69 of Santurce North."

Property No.9932, recorded at page Karibe of volume Karibe of Santurce Norte, Registry of Property First Section of San Juan, PR.

Registered owners: Jose Maria Rivera, Justina Figueroa.

e. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at #248 Calle Del Rio in the Municipality of San Juan, Puerto Rico, more particularly described as:

"URBAN: Lot 172. North neighborhood of Santurce, Northern Section. Area: 200 square meters. Lot located in the Northern section of the Santurce neighborhood of this city, designated as number one hundred seventy-two on the subdivision plan, measuring two hundred square meters; bounded on the front (West) for ten meters by Rambla de Monteflores Street; on the rear (East) for ten meters by lot number seventy-one (Avenida del Río) belonging to Vicente Carrasquillo; on the right (South) for twenty meters by lot number one hundred seventy belonging to Cirilo Travieso; and on the left (North) for twenty meters by lot number one hundred seventy-four belonging to Mrs. King Dooley. This property was subdivided from parcel 69 of Santurce North."

Property No.9510, recorded at page Karibe of volume Karibe of Santurce Norte, Registry of Property First Section of San Juan, PR.

Registered owners: Ángel L. Rojas Márquez, Ángel M. Rojas Márquez, Antonio Rojas Márquez, Carmen L. Rojas Márquez, Cruz Rojas Márquez, Florentina Rojas Márquez, Lucía Rojas Márquez, Margarita Rojas Márquez, Maria Luisa Rojas Márquez, Pedro Rojas Márquez y Ramón Rojas Márquez.

f.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Urb. San Thomas Blq G-33 in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: San Thomas Subdivision, Ponce North. Lot: 33. Area: 250 square meters. Boundaries: North, a distance of 13.04 meters, bordering the main street; South, a distance of 13.04 meters, bordering Parcel A (designated for a future avenue); East, a distance of 19.17 meters, bordering Lot G-34; West, a distance of 19.17 meters, bordering Lot G-32. Situated on this lot is a reinforced concrete residential structure (Novoa system), consisting of three bedrooms, a living room, a dining room, a kitchen, a bathroom, and a balcony."

Property No. 51186, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Edwin Roberto Rivera Duclet.

g.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at COM. La Plena, E13 Calle1 in the Municipality of Juana Diaz, Puerto Rico, more particularly described as:

"URBAN: Lot 13-E. Subdivision project known as UM-6-121 "La Plena" in Juana Díaz. Area: 264.2 square meters. Boundaries: North, with Street No. 1 of said subdivision, a distance of 11.85 meters along a curved line; South, with Central Mercedita Inc., a distance of 13.30 meters; East, with Lot No. E-14 of the aforementioned subdivision,

a distance of 21 meters; West, with Lot No. E-12 of the aforementioned Project UM-6-121 "La Plena," a distance of 21.16 meters. A residential structure is situated on the lot described."

Property No. 10247, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Francisco Rodriguez Colon.

h. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 4293 Constancia Ave. Urb. Villa del Carmen in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot 25-N, Villa del Carmen Subdivision, Ponce Norte. Area: 328.804 square meters. Boundaries: North, for twenty-five meters, with Lot 26. South, for twenty-five meters, with Lot 24. East, for 13.045 meters, with Lots 5 and 6 of the same block. West, for 13.250 meters, with Constancia Street. Contains a concrete house used as a residence."

Property No. 33684, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Jonathan Eugenio Reina-Garcia.

i. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at I-23 calle 1, urb. Starlight in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot 23-I, STARLIGHT Subdivision, Ponce Norte. Area: 202.5 square meters. Boundaries: North, nine meters (9.00 m) with Lot I-12; South, nine meters (9.00 m) with Street "I" of the subdivision; East, twenty-two point fifty meters (22.50 m) with Lot I-22; West, twenty-two point fifty meters (22.50 m) with Lot I-24. Situated on this lot is a single-story, single-family concrete residential unit."

Property No. 50623, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owners: Carmen R. Santiago Laboy, Israel Gonzalez Ortiz.

j.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Calle 7 G-19, Urb. Jardines del Caribe in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot G-19, Jardines del Caribe Urbanization, Fifth Phase (Quintas del Sur), Ponce Sur. Area: 350.00 square meters. Boundaries: North, a distance of 25.00 meters bordering Lot 18 of Block G; South, 23.00 meters bordering Lot 20 of Block G; East, a distance of 8.409 meters bordering Street 7; West, 9.5 meters and 5.289 meters bordering Lots 2 and 3 of Block G. Located in Canas Ward. A reinforced concrete structure for family use has been built on this lot."

Property No. 25132, recorded at page Karibe of volume Karibe of Ponce Sur, Registry of Property Second Section of Ponce, PR.

Registered owner: Jose Reinaldo Alvarez Hernandez.

k.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 3112 Calle Turpial, Urb. Villa del Carmen in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Residential Unit 11-55, VILLA DEL CARMEN Development, Ponce Norte. Area: 370.436 square meters. Boundaries: North, measuring 24.867 meters along Lot No. 10 of the same block; South, measuring 24.746 meters along Lot No. 12 of the same block; East, along two different lines—6.030 meters along Lot No. 23 of the same block and 9.583 meters along Lot No. 22 of the same block; West, along an arc of 14.579 meters bordering Street No. 10. Contains a concrete house used as a residence."

Property No. 40045, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Irsamil Rivera Castilloveitia.

l.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 4681 Constancia Ave. Urb. Villa del Carmen in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot 55-AA, VILLA DEL CARMEN Subdivision, Ponce Norte. Area: 372.078 square meters. Boundaries: North, measuring twenty-six (26.000) meters, with Lot number fifty-four (54) of the same block. South, measuring twenty-six (26.000) meters, with Lot number fifty-six (56) of the same block. East, measuring sixteen point three hundred sixteen (16.316) meters, with lands of the Puerto Rico Land Administration. West, along an arc of twelve point five hundred thirty-nine (12.539) meters, with Constancia Street of the subdivision. Contains a concrete house used as a residence. This lot is subject to a right-of-way easement in favor of the Puerto Rico Telephone Company and another right-of-way easement in favor of the Municipality of Ponce for a storm sewer, measuring five (5) feet zero (0) inches in width."

Property No. 40523, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Yara Marie Velazquez Rivera.

m.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 32 calle Mora in the Municipality of Ponce, Puerto Rico, more particularly described as:

"RUSTIC: Second lot of Ponce Sur. Area: 170.54 square meters. Fronting Brigadier Castro Street to the south; bounded on the right (east) by the property of the Estate of Don Ezequiel Prieto; on the left (west) by the Estate of Don Pedro Ventura; and at the rear (north) by the property of Cándida Turell. Per the 3rd Registration, this lot measures 7.52 meters at the front, with the same measurement at the rear (north), and 22.20 meters along each side (east and west), resulting in a surface area of 166.95 square meters. It contains a wooden house in poor condition, measuring five *varas* in frontage

by four in depth, with a zinc roof, a balcony, and an attached kitchen. Per the 6th Registration, it contains a two-story house with a zinc roof, designated as street number 32, featuring reinforced concrete balconies on both levels. The ground floor is constructed of blocks and reinforced concrete; the upper floor is wood. It contains five bedrooms, a living room, a reception room, a dining room, a kitchen, and sanitary facilities."

Property No. 9793, recorded at page Karibe of volume Karibe of Ponce Sur, Registry of Property Second Section of Ponce, PR.

Registered owner: Gilberto Alejandro Sanchez Soto.

n.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Calle 49 PP-15, Urb. Jardines del Caribe in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot PP-15, Jardines del Caribe Residential Development (Second Phase), Ponce Sur. Area: 325 square meters. Boundaries: North, for twenty-five (25) meters, with lot number sixteen (16) of block PP. South, for twenty-five (25) meters, with lot number fourteen (14) of block PP. East, for thirteen (13) meters, with lots number fifty-four (54) and fifty-five (55) of block PP. West, for thirteen (13) meters, with Street number forty-nine (49). A reinforced concrete house has been built on this lot for use as a family residence."

Property No. 29468, recorded at page Karibe of volume Karibe of Ponce Sur, Registry of Property Second Section of Ponce, PR.

Registered owner: Michelle Marie Martinez Figueroa.

o.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 3002 Paseo Sauri, Urb. Villa del Carmen in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot 18-VV, Villa del Carmen Residential Development, Ponce Norte. Area: 326.666 square meters. Boundaries: North,

measuring along two distinct lines—specifically an arc of 7.824 meters and a straight line of 7.502 meters—adjoining Paseo Saurí within the development. South, measuring 12.080 meters, adjoining lots 9 and 10 of Block XX. East, measuring 26.000 meters, adjoining lot 17 of the same block. West, measuring 20.995 meters, adjoining the development's neighborhood facilities. Contains a concrete house used as a residence."

Property No. 48261, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Felix Joel Vazquez Esmurria.

p. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at F-3 Urb. Glenview Gardens in the Municipality of Ponce, Puerto Rico, more particularly described as:

"URBAN: Lot F3, Glenview Gardens Subdivision, Ponce North. Area: 336 square meters. Boundaries: North, 24 meters bordering Lot No. 4; South, 24 meters bordering Lot No. 2; East, 14 meters bordering State Road No. 505; West, 14 meters bordering the common area. It contains an "Imperial" style concrete house consisting of a living room, dining room, kitchen, three bedrooms, two bathrooms, a balcony, and a carport."

Property No. 25260, recorded at page Karibe of volume Karibe of Ponce Norte, Registry of Property First Section of Ponce, PR.

Registered owner: Julia Casiano Ramos.

q. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Solar 154, Bo. Las Cuevas in the Municipality of Trujillo Alto, Puerto Rico, more particularly described as:

"RUSTIC: Plot 154, Las Cuevas Ward, Trujillo Alto. Area: 3,758.139 square meters. A parcel of land located in the Las Cuevas Ward of the municipality of Trujillo Alto, comprising 0.9562 *acres* (equivalent to 3,758.139 square meters), designated as plot number

154 on the subdivision plan of the property known as "San Just," from which this parcel was derived. It is bounded on the NORTH by lands belonging to Alberto Bachman, separated by a stream; on the SOUTH by plots number 152 and 132, separated by an alleyway; on the EAST by plot number 153; and on the WEST by plot number 155. Situated within the aforementioned parcel is a reinforced concrete house (Type 1-2), measuring 20.00 feet in length by 20.00 feet in width, featuring interior concrete partitions. This property is a subdivision of Property No. 810, recorded at folio 143 of volume 17 of Trujillo Alto. The area of this property has been rectified, pursuant to the 8th entry."

Property No.2030, recorded at page Karibe of volume Karibe of Trujillo Alto, Registry of Property Fourth Section of San Juan, PR.

Registered owner: Guanin Construction Corporation.

r. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Bo. Las Cuevas, Carr. 181 in the Municipality of Trujillo Alto, Puerto Rico, more particularly described as:

"RUSTIC: Las Cuevas Ward, Trujillo Alto. Area: 4,879.996 square meters. A triangular-shaped parcel of land located in Las Cuevas Ward, Trujillo Alto, with a surface area of 1.2416 acres, equivalent to 4,879.996 square meters. Boundaries: NORTH: 125.86 meters, bordering Trujillo Alto Avenue; EAST: 99.94 meters, bordering land owned by José J. Irizarry; WEST: 98.12 meters, bordering land owned by Manuel Mandry and Manuel A. Iguina Canino (formerly, now his succession). It contains a residential house built of reinforced concrete with a flat roof and local tile flooring, measuring 25.00 feet in frontage by 47.00 feet in depth; the house comprises a living room, dining room, three bedrooms, a bathroom, kitchen, laundry area, hallway, and five closets, and also includes a garage of similar construction with space for one vehicle. The property is formed by the consolidation of: (i) property number 6048, with an area of 0.29 acres, recorded at folio 1 of volume 118 of Trujillo Alto; and (ii) property number 1687, with an area of 0.9516 acres, recorded at folio 31 of volume 38 of Trujillo Alto."

Property No. 6049, recorded at page Karibe of volume Karibe of Trujillo Alto, Registry of Property Fourth Section of San Juan, PR.

Registered owner: Unique Projects LLC.

WHEREFORE, the United States of America respectfully moves this Honorable Court to enter an order directing the Property Registrar for the pertinent division of the Commonwealth of Puerto Rico Property Registry to record a cautionary notice upon the above-described **properties**, giving notice that the property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and Federal Rules of Civil Procedure Rule G.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 28th day of July 2026.

Héctor E. Ramírez-Carbó
Acting United States Attorney


*/s/ Marie Christine Amy*
Marie Christine Amy
Assistant United States Attorney
U.S.D.C. No.  307606
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 766-5656
Fax. (787) 766-5398
Email: marie.c. amy@usdoj.gov