**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>[1] **Property No. 207:** Urb. Jardines del Caribe, Quinta Etapa D-1, Ponce, PR;<br>[2] **Property No. 43048:** Calle 520 OQ1, Urb. Country Club, Carolina PR;<br>[3] **Property No.29478:** #159 Los Pinos, Santurce, PR;<br>[4] **Property No.9932:** #255 Calle Calma, Santurce PR;<br>[5] **Property No.9510:** #248 Calle Del Rio, Santurce, PR;<br>[6] **Property No. 51186:** Urb. San Thomas Blq G-33, Ponce PR;<br>[7] **Property No. 10247:** COM. La Plena, E13 Calle1, Juana Diaz, PR;<br>[8] **Property No. 33684:** 4293 Ave. Constancia, Urb. Villa del Carmen, Ponce, PR;<br>[9] **Property No. 50623:** I-23 calle 1, Urb.Starlight, Ponce PR;<br>[10] **Property No. 25132:** Calle 7 G-19, Urb. Jardines del Caribe, Ponce, PR;<br>[11] **Property No. 40045:** 3112 Calle Turpial, Villa del Carmen, Ponce, PR;<br>[12] **Property No. 40523:** 4681 Constancia Ave. Urb. Villa del Carmen, Ponce PR;<br>[13] **Property No. 9793:** 32 Calle Mora, Ponce, PR;<br>[14] **Property No. 29468:** Calle 49 PP-15, Urb. Jardines del Caribe, Ponce, PR;<br>[15] **Property No. 48261:** 3002 Paseo Sauri, Urb. Villa del Carmen, Ponce, PR;<br>[16] **Property No. 25260:** F-3 Urb. Glenview Gardens, Ponce, PR;<br>[17] **Property No.2030:** Solar 154, Bo. Las Cuevas, Trujillo Alto; and<br>[18] **Property No. 6049:** Bo. Las Cuevas Carr. 181 Trujillo Alto, PR;<br>        Defendants *In Rem*. | Civil No.: |

**ORDER**

Upon the United States' "Motion for Cautionary Notice as to **Property No. 207**", that

pursuant to Article 44 of the Mortgage and Property Registry Act of 2015, PR ST. T. 30 § 6064

(1), a cautionary notice may be requested by a person claiming in a lawsuit ownership to real

1

property or the constitution, declaration, modification or extinction of any recordable right or one who files his claim in an action that affects a title to real property; and

That a cautionary notice can only be made by order of the court handed down at the request of a legitimate party and by virtue of adequate documentation for prudent judicial discretion. *See* PR ST. T. 30 § 6065; and

After having been duly advised of all the facts, and after due deliberation, the Court:

## ADJUDGES AND DECREES

That the United States is a legitimate party for requesting a Cautionary Notice; and

## ORDERS

The Property Registrar of Ponce of the Commonwealth of Puerto Rico to record a cautionary notice on the following property:

> URBAN: Lot marked number 1 of Block D on the registration plan for the Jardines de Ponce Urbanization (Fifth Phase) in the Canas neighborhood of Ponce. It has an area of 468.276 square meters. Its boundaries are: to the North, 14.553 meters along Street No. 2; to the South, 14.382 meters along Lot D-36; to the East, 26.967 meters along Lot D-2; to the West, 25.479 meters along Street No. 1; and to the Southeast, 6.687 meters along the intersection of Streets 1 and 2 as shown on the aforementioned registration plan.
>
> Property No. 207, recorded at page Karibe of volume Karibe of Ponce Sur, Registry of Property Second Section of Ponce, PR.
>
> Registered owner: Kevin Javier Vega Figueroa.

The cautionary notice shall advise the public of the pendency of this civil case brought by the United States of America against 18 properties, and that the above-described **Property No. 207** is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and Federal Rules of Civil Procedure Rule G.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, _____, 2026.

_____
UNITED STATES DISTRICT JUDGE